JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
Law Enforcement & Corrections Section
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants, Detective Tristan Johns
(improperly pleaded as "Tristian Johns), Detective Sarah
Lesniewski, and Detective Maurice Catarcio (collectively,
CCPO Defendants)

By: Handel Destinvil
    Handel.Destinvil@law.njoag.gov
    Deputy Attorney General
    NJ Bar ID No. 129102015
    Telephone: (973) 475-5937

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **STEVEN DiPESO, et al.** | :   **Civ. No. 1:26-cv-02589-ESK-AMD** |
|      Plaintiffs, | : |
|     v. | : |
| **DETECTIVE JOSEPH KOPETSKY, et al.** | :   NOTICE OF APPEARANCE |
|      Defendants. | : |

**PLEASE TAKE NOTICE** that Deputy Attorney General Handel

T. Destinvil, Office of the New Jersey Attorney General,

hereby enters an appearance as counsel for Defendants,

Detective Tristan Johns (improperly pleaded as "Tristian

Johns), Detective Sarah Lesniewski, and Detective Maurice

1

Catarcio (collectively, CCPO Defendants) in the above-captioned matter and hereby requests that all papers be served upon the undersigned.

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
Attorney for CCPO Defendants

By:  /s/ Handel T. Destinvil
      Handel T. Destinvil (129102015)
      Deputy Attorney General

Date:  April 3, 2026

2