State of New Jersey
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

MICHAEL C. WALTERS
*Director*

April 21, 2026

**Via Electronic Filing**
The Hon. Ann Marie Donio, U.S.M.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 3A
Camden, New Jersey 08101

Re: *Steven DiPeso, et al. v. Detective Joseph Kopetsky, et al.*
Docket No. 1:26-cv-02589-ESK-AMD

Your Honor:

This office represents Defendants, Detective Tristan Johns (improperly pleaded as "Tristian Johns), Detective Maurice Catarcio, and Detective Sarah Lesniewski, and (collectively, CCPO Defendants), public employees of the Cape May County Prosecutor's Office, in the above-captioned matter.

On April 6, 2026, the Clerk of Court entered a text order granting the CCPO Defendants' request for a two-week extension of time to answer, move, or otherwise reply to Plaintiffs' March 13, 2026 complaint. That present two-week extension runs through Thursday, April 23, 2026, for Defendants Johns and Catarcio, and Friday, April 24, 2026, for Defendant Lesniewski. Pursuant to *Local Civil Rule* 6.1(a), the CCPO Defendants write to request a global extension of time **through Friday, May 29, 2026**. Counsel for DiPeso has graciously consented to this letter application.

Good cause exists for this court to grant the present global extension request for three reasons. *First*, a global extension for the collective CCPO Defendants would promote judicial economy and fairness to Plaintiffs. The three CCPO Defendants were served on two separate dates. Thus, even though this office collectively represents the CCPO Defendants, this office may need to file two separate responses to comply with the

two differing deadlines, and then Plaintiffs would need to file two separate responses. However, a global extension through Friday, May 29, 2026, would allow this office to file a single response for the CCPO Defendants and, if applicable, allow Plaintiffs to do the same.

*Second*, the undersigned requires additional time to complete a thorough preliminary investigation of Plaintiffs' factual allegation before framing a responsive pleading. This office has requested relevant criminal investigatory records and body-worn camera footage from the Cape May County Prosecutor's Office. This office will also need an opportunity to review those materials before framing a response. Upon information and belief, the written criminal investigatory records, minus the body-worn camera footage, are over one thousand pages in total.

This letter application is being served 'prior to the expiration of the period sought to be extended.' *L. Civ. R.* 6.1. Specifically, as noted above, the time within which the CCPO Defendants can answer, move, or otherwise reply to Plaintiffs' complaint runs respectively through Thursday, April 23, 2026, and Friday, April 23, 2026. For these reasons, the CCPO Defendants request a global extension of time **through Friday, May 29, 2026**, to respond to Plaintiffs' complaint. Again, counsel for Plaintiffs has graciously consented to this letter application.

Respectfully submitted,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Handel T. Destinvil
Handel T. Destinvil (129102015)
Deputy Attorney General

cc: Stephen O'Hanlon, Esq., O'Hanlon Schwartz, P.C.
Via Electronic Filing: steve@ohanlonschwartz.com

So Ordered this 22nd day of April 2026

s/ Ann Marie Donio
By:____________________________
ANN MARIE DONIO, U.S.M.J.