A. Michael Barker, Esquire
Attorney ID 009511976
BARKER, GELFAND, JAMES & SARVAS, P.C.
210 New Road, Ste. 12
Linwood, New Jersey 08221
AMBarker@BarkerLawFirm.net
Attorney for Defendants City of North Wildwood, City of North Wildwood Police Department, Detective Joseph Kopetsky, Officer Vincent DeRitis, and Officer Jerald Garriot, City of Wildwood and Police Officer Matthew Mahoney

| | |
|---|---|
| STEVEN DiPESO, INNA DiPESO, LD, & SD,<br><br>Plaintiff,<br>v.<br><br>DETECTIVE JOSEPH KOPETSKY (NORTH WILDWOOD POLICE DEPARTMENT), OFFICER VINCENT DeRITIS (NORTH WILDWOOD POLICE DEPARTMENT), OFFICER JERALD GARRIOT (NORTH WILDWOOD POLICE DEPARTMENT), DETECTIVE TRSTIAN JOHNS (CAPE MAY COUNTY PROSECUTOR'S OFFICE), DETECTIVE SARAH LESNIEWSKI (CAPE MAY COUNTY PROSECUTOR'S OFFICE) DETECTIVE MAURICE CATARCIO (CAPE MAY COUNTY PROSECUTOR'S OFFICE), OFFICER MATTHEW MAHONEY (WILDWOOD POLICE DEPARTMENT), AND JOHN/JANE DOES 1-5,<br><br>Defendants. | IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br>CAMDEN VICINAGE<br><br>Docket Number<br>1:26-CV-02589 |

**NOTICE OF APPEARANCE OF COUNSEL**
**On behalf of the Defendants City of North Wildwood, City of North Wildwood Police Department, Detective Joseph Kopetsky, Officer Vincent DeRitis, and Officer Jerald Garriot, City of Wildwood and Police Officer Matthew Mahoney**

**PLEASE TAKE NOTICE** that A. Michael Barker, Esquire of Barker, Gelfand, James & Sarvas, a P.C., shall appear as counsel on behalf of Defendants City of North

Wildwood, City of North Wildwood Police Department, Detective Joseph Kopetsky, Officer Vincent DeRitis, and Officer Jerald Garriot, City of Wildwood and Police Officer Matthew Mahoney.

**BARKER, GELFAND, JAMES & SARVAS,**
**A Professional Corporation**

By: s/*A. Michael Barker*
A. Michael Barker, Esquire

Dated: April 28, 2026