**O'HANLON SCHWARTZ, P.C.**
BY: Stephen T. O'Hanlon, Esquire (NJ Bar # 027612008)
Israel A. Schwartz, Esquire (NJ Bar # 322722020)
Noah A. Schwartz, Esquire (NJ Bar # 035582009)
2 Penn Center, Suite 1410
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
Tel: (267) 546-9066
Fax: (215) 563-6617
steve@ohanlonschwartz.com
izzy@ohanlonschwartz.com
noah@ohanlonschwartz.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **STEVEN DiPESO, ET AL,** *Plaintiff,* | : | **CIVIL ACTION** |
| *v.* | : | **NO. 1:26-cv-2589** |
| **DETECTIVE JOSEPH KOPETZKY, ET AL** *Defendants.* | : | **CAMDEN VICINAGE** |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS HONORABLE COURT:**

Kindly enter my appearance as co-counsel on behalf of the above-captioned Plaintiff in the above-captioned matter.

Respectfully submitted,

**O'HANLON SCHWARTZ, P.C.**

Date: April 30, 2026

_/s/_Israel A. Schwartz___________
ISRAEL A. SCHWARTZ, ESQUIRE