[D.I. 15]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| STEVE DIPESO and INNA DIPESO,<br>Plaintiffs,<br>v.<br>JOSEPH KOPETSKY, et al.,<br>Defendants. | Civil No. 26-2589 (ESK/AMD) |

**ORDER**

This matter having come before the Court by way of letter request [D.I. 15] of Defendants Detective Tristan Johns, Detective Maurice Catarcio, and Detective Sarah Lesniewski (hereinafter, "Defendants") seeking a stay of this civil action pending resolution of a related criminal matter; and Defendants having represented in the letter that there is an ongoing criminal matter against Plaintiff Steven DiPeso in the Superior Court of New Jersey, Cape May County; and Defendants having further represented that the present civil action and the criminal matter are related, as Plaintiffs' claims in this case are premised upon an alleged lack of probable cause for the issuance of a search warrant and the arrest warrant that led to the criminal proceedings against Plaintiff Steven DiPeso; and the Court noting the representation of Defendants' counsel that "[c]ounsel of record has each consented

to [Defendants'] request" for a stay (*see* Letter from Handel T. Destinvil, Deputy Attorney General [D.I. 15], May 6, 2026, p. 1); and the Court noting that it may, pursuant to Federal Rule of Civil Procedure 26(c), stay discovery upon a showing of good cause by the party requesting the stay, FED. R. CIV. P. 26(c); and the Court finding good cause for a stay of this action in light of the pending related criminal matter against Plaintiff Steven DiPeso and all parties' consent to a stay; and the Court having decided this matter pursuant to Federal Rule of Civil Procedure 78(b); and for good cause shown:

IT IS on this **7th** day of **May 2026**,

**ORDERED** that Defendants' letter request for a stay [D.I. 15] shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that this action and all deadlines shall be stayed pending resolution of the criminal proceedings against Plaintiff Steven DiPeso; and it is further

**ORDERED** that any party may move to dissolve the stay by way of letter application; and it is further

**ORDERED** Defendants shall file a letter with the Court by no later than **November 6, 2026** setting forth the status of the criminal proceedings.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Edward S. Kiel