JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY
R.J. HUGHES JUSTICE COMPLEX
25 MARKET STREET
P.O. BOX 112
TRENTON, NEW JERSEY 08625-0112
*Attorney for Defendants, Detective Tristan Johns (improperly pleaded as "Tristian Johns), Detective Maurice Catarcio, and Detective Sarah Lesniewski*

By: David J. Coppola
Deputy Attorney General
(609) 376-2440
David.Coppola@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF CAMDEN

| | |
|---|---|
| STEVEN DIPESO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DET. JOSEPH KOPETSKY, et al.<br><br>Defendants. | HON. Edward S. Kiel, U.S.D.J.<br>HON. Ann Marie Donio, U.S.M.J<br><br>Civil Action NO. 1:26-CV-02589-ESK-AMD<br><br>**SUBSTITUTION OF ATTORNEY** |

TO: Clerk of the Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Israel Schwartz, Esq.
Stephen O'Hanlon, Esq.
O'Hanlon Schwartz, P.C.
1500 John F. Kennedy Blvd., Suite 1410
Philadelphia, PA 19102
*Attorneys for Plaintiffs, Stev DiPeso, Inna DiPeso, and minor Plaintiffs LD and SD*

A. Michael Barker, Esq.
Greg Paul DiLorenzo, Esq.
Barker, Gelfand, James & Sarvas, P.C.
210 New Road, Suite 12
Linwood, NJ 08221
*Attorneys for Defendants, Joseph Kopetsky, Vincent Deritis, Jerald Garriot and Matthew Mahoney*

**PLEASE TAKE NOTICE** that Deputy Attorney General David J. Coppola is hereby designated as counsel for Defendants, Detective Tristan Johns (improperly pleaded as "Tristian Johns), Detective Maurice Catarcio, and Detective Sarah Lesniewski ("Defendants") in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that Deputy Attorney General Handel T. Destinvil is no longer assigned to this matter.

**PLEASE TAKE FURTHER NOTICE** that all future notices should be directed to Deputy Attorney General David J. Coppola, and all mailed correspondence should be addressed as follows:

David J. Coppola
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
David.Coppola@law.njoag.gov

| | |
|---|---|
| JENNIFER DAVENPORT<br>ATTORNEY GENERAL | JENNIFER DAVENPORT<br>ATTORNEY GENERAL |
| /s/ Handel T. Destinvil<br>Handel T. Destinvil<br>Deputy Attorney General<br>Withdrawing Attorney | /s/ David J. Coppola<br>David J. Coppola<br>Deputy Attorney General<br>Substituting Attorney |

Dated: June 15, 2026